284

No. 65970.—Shell Oil Company *v.* United States, protests 60/2405 and 60/19766 (Tampa).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 23, 1961

No. 65971.—Heinrich, Hermann & Weiss *v.* United States, protest 60/3948 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C.D. 1639), the claim of the plaintiff was sustained.

No. 65972.—R. J. Saunders & Co., Inc. *v.* United States, protests 59/15364 and 60/4997 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of photoflash lamps the same in all material respects as those the subject of Abstract 64250, the claim of the plaintiff was sustained.